**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTAKE BREATHING TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STAY LIMITLESS LLC D/B/A/ HISTRIPS,<br><br>Defendant. | C.A. No. 26-152-JLH<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF DAWN M. DAVID**

I, Dawn M. David, hereby declare as follows:

1. I am an attorney with Quarles & Brady LLP. I represent Plaintiff Intake Breathing Technology, LLC ("Intake") in this matter. I make the following statements based on my personal knowledge of the facts involved, unless otherwise stated.

2. I submit this declaration in support of Intake's Motion for Default Judgment, Damages and Permanent Injunction.

3. On February 10, 2026, on behalf of Intake, I sent a letter to Defendant via email notifying him that his HiStrips Magnetic Nasal Strip and the accompanying HiStrips Nasal Tabs (now called "Magnetic Tabs," available for sale in the U.S. individually here: https://histrips.com/products/magnetic-tabs), as well as the associated advertising for these products, infringed Intake's intellectual property rights including its patent rights, copyrights in images, and trade dress rights Intake's nasal dilator system and its component parts. A true and correct of the email I sent attaching the letter is attached as **Exhibit 1**.

4. Attached as **Exhibit 2** is a true and correct copy of a subsequent email chain dated February 11–19, 2026 between myself and Defendant's cofounder and CEO, Sam Posthuma, in

which Mr. Posthuma first responded by asserting he was "aware of the US patent" and "never went live" in the U.S., and then later admitted their social media advertising for the infringing product was "live" but that it Defendant did not ship to the United States "anymore."

5. Attached as **Exhibit 3** is a true and correct copy of an e-mail exchange with Sam Posthuma dated February 11–18, 2026, in which Mr. Posthuma stated that Defendant had U.S. sales of the magnetic strips totaling "around 900USD."

6. Attached as **Exhibit 4** is a true and correct copy of an e-mail exchange with Sam Posthuma dated February 24–26, 2026.

7. Attached as **Exhibit 5** are true and correct copies of September 25, 2024 posts on X.com by Sam Posthuma, captured on March 24, 2026.

8. Attached as **Exhibit 6** is a true and correct copy of a January 3, 2025 post on X.com by Sam Postuma and the website referenced in the post, https://dmcaclaim.io/, captured on March 24, 2026.

9. Attached as **Exhibit 7** is a true and correct copy of pages from Defendant's website, https://histrips.com/products/magnetic-tabs, captured on March 23, 2026.

I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed the 31st day of March, 2026.

Dawn M. David