# EXHIBIT 3

**From:** Sam Posthuma
**To:** contact@histrips.com; sam.posthuma@future-labs.co; David, Dawn M.
**Cc:** Shirreff, Elizabeth M.; Saugstad, Carly
**Subject:** RE: Letter re: Infringement of Intake"s IP Rights [QBLLP-ACTIVE.FID60443328]
**Date:** Wednesday, February 18, 2026 12:01:13 AM

---

Following up on that, our total sales of the magnetic strips in the US are around 900USD, we are willing to give that, but that is the best we can offer, as we are not at all profitable over the past months and do not have any funds ready.
On 18 Feb 2026 at 06:59 +0100, Sam Posthuma <sam@future-labs.co>, wrote:

> Hi Dawn,
>
> This is not true, there is 0 ads live in the US right now, I can even give you access to our ad account to confirm and see that. We worked with some agencies and now also instructed them to stop any form of advertising if they even did.
>
> We are willing to comply with your wishes and share potential contacts in China where we bought the items from. It is just simply impossible to give monetary relief as we are not even close of having such funds ready, but any other requests we are here to help.
>
> Wishing you the best,
>
> Photo
>
> **Sam Posthuma**
> Founder & Enthusiast
>
> On 18 Feb 2026 at 06:14 +0100, David, Dawn M. <dawn.david@quarles.com>, wrote:
>
>> Dear Mr. Posthuma,
>>
>> Your email is demonstrably false. Contrary to your claim that you are not "live in the US" with "active selling" and "ads," the evidence in our complaint and letter plainly establishes that you are, in fact, actively advertising, offering for sale, and selling HiStrips products throughout the United States. You are also using and importing into the United States the infringing HiStrips products. This conduct constitutes willful infringement of Intake's patent rights, trade dress rights, and copyrights, and is causing irreparable harm to Intake.
>>
>> It appears you are unwilling to comply with our demands to remedy your willful infringement or even discuss the issue in good faith. Thus, we must seek the court's assistance and proceed with formal service of the complaint filed against you in federal court where we will aggressively pursue all available remedies, including enhanced damages for willful infringement, attorneys' fees, and injunctive relief.

Regards,

Dawn

<image001.png>

**Dawn M. David | Partner**
dawn.david@quarles.com | D. 414-277-5342
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400, Milwaukee, WI 53202-4428
Bio | quarles.com | LinkedIn
Assistant: Carly Saugstad, 414-277-5302

---

**From:** Sam Posthuma <sam@future-labs.co>
**Sent:** Sunday, February 15, 2026 4:27 AM
**To:** contact@histrips.com; sam.posthuma@future-labs.co; David, Dawn M. <dawn.david@quarles.com>
**Cc:** Shirreff, Elizabeth M. <elizabeth.shirreff@quarles.com>; Saugstad, Carly <carly.saugstad@quarles.com>
**Subject:** Re: Letter re: Infringement of Intake's IP Rights [QBLLP-ACTIVE.FID60443328]

Hi,

We are aware of the US Patent and we never went live in the US with active selling, no ads, nothing, we will now try and make it impossible to even order in the US. Thanks.

If you have IP rights somewhere else pls let us know.

On 11 Feb 2026 at 02:33 +0100, David, Dawn M. <dawn.david@quarles.com>, wrote:

> Dear Mr. Posthuma,
>
> Please see the attached letter sent on behalf of Intake Breathing Technology LLC.

Regards,

Dawn

<image001.png>

**Dawn M. David | Partner**
dawn.david@quarles.com | D. 414-277-5342
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400, Milwaukee, WI 53202-4428
Bio | quarles.com | LinkedIn
Assistant: Carly Saugstad, 414-277-5302

CONFIDENTIALITY NOTICE: This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system. This communication is not intended to constitute an electronic signature unless expressly stated otherwise.

<quarles_200.pnginline1>

**Dawn M. David | Partner**
dawn.david@quarles.com | D. 414-277-5342
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400, Milwaukee, WI 53202-4428
Bio | quarles.com | LinkedIn
Assistant: Carly Saugstad, 414-277-5302

CONFIDENTIALITY NOTICE: This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system. This communication is not intended to constitute an electronic signature unless expressly stated otherwise.

<image002.png>

**Dawn M. David | Partner**
dawn.david@quarles.com | D. 414-277-5342
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400, Milwaukee, WI 53202-4428
Bio | quarles.com | LinkedIn
Assistant: Carly Saugstad, 414-277-5302