# EXHIBIT 5

Hey Sam,

Hope you had a great weekend.

This week we reported a record of 129 stores using our product images, copy & videos. 100+ of them are already offline and some stores totally disappeared.

Looking forward to our call Wednesday.

28 2 169 46K

**Sam Posthuma**
@samposthuma

use our content / product images = get banned from shopify

3:42 AM · Sep 25, 2024 · **46.3K** Views

28 2 169 98

**Read 28 replies**

**x.com/samposthuma/status/1838861535667720263/photo/1** 3/24/2026 8:56:10 AM
146.0.7680.80




**Sam Posthuma**
@samposthuma

use our content / product images = get banned from shopify

3:42 AM · Sep 25, 2024 · **46.3K** Views

28 2 169 98

**Read 28 replies**