# EXHIBIT 6

X

← **Post**

**Sam Posthuma**
@samposthuma

and last week: we made this tool **PUBLIC** for everyone to use and it works like a train -> dmcaclaim.io

mind you; this only helps if you have your own custom content /photoshoots




From dmcaclaim.io

10:28 AM · Jan 3, 2025 · **3,609** Views

1 12 12

## New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## What's happening

Trending in United States
**#EDELMAINNET**

Business and finance · Trending
**$LOL**

Trending in United States
**One Last Kill**

Bridgerton · Trending
**Eloise**
Trending with Francesca

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

**x.com/samposthuma/status/1875217698067533878** 3/24/2026 8:54:10 AM
146.0.7680.80

DMCA Claim

Pricing Why you need us Login Contact us on WhatsApp

Trusted 500+ Brands Protected • $2M+ Revenue Saved →

# Stop Thiefs From Stealing Revenue While You Sleep

Shopify store owners trust us to automatically detect and remove copycat stores stealing product images or other copyrighted content so they can focus on growing their business instead of chasing thieves.

Contact us on WhatsApp




TRUSTED BY LEADING BRANDS

analog preset histrips. cartablet BLOOW STAY LIMITLESS HIKE FOOTWEAR glowdrop heyshape OLD MONEY

dmcaclaim.io 146.0.7680.80 3/24/2026 9:06:01 AM