# EXHIBIT 7

+ FREE Fast Shipping Over 50$











# Magnetic Tabs

$30.95

Choose your monthly plan or buy one-time.

Refill Plan | One-Time

MOST POPULAR

**Refill Kit (30 Tabs)** $20.95 ~~$30.95~~

30 HiStrips Nasal Tabs (30 nights)
Save 37% on all your refills
Priority processing
NO CONTRACT cancel easily

**Add To Cart**

30 Days Money Back Guarantee

Description +

Will they stay on during intense workouts? +

Do I need anything else to use the Magnetic Tabs? +

Will they irritate my skin? +

Shipping & Returns +

## Complete the Set




**Skin-Prep Wipes**
$9.95
SHOP NOW




**Essential Nasal Sticks**
$26.95 ~~$47.95~~
SHOP NOW

## Loved by 50k+ athletes

Over 30.4M Views On Instagram





ibaillanos Streamer & Creator | Jaume Masià V. Moto 3 World Champion | Fermin Aldeguer MotoGP rider for GRESINI | bensmithlive Best Seller Author | pablo.svg Health Coach | carlitosalcarazz Tennis Player | brianwallack Gym Coach | afonsogaidao Hyrox Athlete | ibaillanos Streamer & Creator | Jaume Masià V. Moto 3 World Champion | Fermin Aldeguer MotoGP rider for GRESINI

## Save On Our Bundles




**Athlete's Favorite (Black Strips)**
$47.95 ~~$75~~
SHOP NOW




**Elite Performer Kit**
$70.95 ~~$122~~
SHOP NOW




**Perfect Sleep Kit**
$74.95 ~~$129~~
SOLD OUT




**Black Nasal Strips [YEAR SUPPLY]**
$199.95 ~~$480~~
SHOP NOW

★★★★★ 10,438 Reviews

Write a review



**Κωνσταντίνος M.** Verified
★★★★☆
Keep up the good work
Camo Nasal Strips



**Sandro S.** Verified
★★★★★
Great product
Pink Nasal Strips



**Matthias P.** Verified
★★★★★
Good strips, I was hesitant because I have had others, like it that these don't have a "hard" plastic. They mold to the nose and stay PUT.
Pink Nasal Strips



**Eduardo Z.** Verified
★★★★★
Of all the nasal strips I've tried, these are the only ones that don't come off even with sweat.
Auto-translated from Spanish. Show original
Pink Nasal Strips









**Alden W.** Verified
★★★★★



**Mohammad G.** Verified

★★★★★

Really great, thank you. I will try it in the contest soon and share it, thanks again.

White Nasal Strips



**Jason G.** Verified

★★★★★

Massive improvement in air flow. The performance is the gym was instantly noticeable

Camo Nasal Strips



**Ilva D.** Verified

★★★★★

I have to admit I was very sceptical. How can a simple plaster open up my nose and give me more air flow. Well I was proven wrong. Immediately!! I didn't even realise how much my air flow is actually blocked by my narrow nasal cavity. Until I stood in front of the mirror and stuck the first Histrip on. Immediately I could breathe easier and deeper. All of a sudden I not only felt but actually SAW I was breathing without the sides of my nose moving! No blockage, simply easy breathing. And of cour...

Camo Nasal Strips





**Eldi H.** Verified

★★★★★

It feelsss goooddd, you can use them while youre sleeping, training. You can't feel that you have strips on your nose. I feel good and comfortable when i sleep. I love it

Black Nasal Strips




**Bruno A.** Verified

★★★★★

Best option ever

Black Nasal Strips



**Mário A.** Verified

★★★★★

I've been using HiStrips during my track training sessions, especially on harder interval days, and the difference in breathing is noticeable.
Better airflow, more control, and less tension when the intensity goes up.
Small detail, real impact on performance.

Blue Nasal Strips





**Ritchie S.** Verified

★★★★★

Massive difference in my breathing patterns which benefits my training routine

Black Nasal Strips



**Alan C.** Verified

★★★★★

Love these strips work great at night and on the bike

Athlete's Favorite (Pink Strips)



**Norbert B.** Verified

★★★★★

Awesome! I'm really surprised this works! I was skeptical at first, but it does.
...

Auto-translated from German. Show original

Black Nasal Strips



Great nose strip! Comfortable and I wear it while sleeping and exercising

Athlete's Favorite (White Strips)



**William P.** Verified

★★★★★

This is the first time I've used nasal strips, and I was blown away. I'm able to obtain full breaths, and my workouts have really improved. I also use HiStrips at night when sleeping, and it's stopped my snoring.

Black Nasal Strips



**Gioele B.** Verified

★★★★★

I was super skeptical about these HiStrips nasal strips at first, but I can honestly guarantee they help you sleep better and perform better. Breathing feels so much easier and deeper, definitely noticeable right away. Highly recommend! ⭐⭐⭐⭐⭐

Pink Nasal Strips





Gabriele L. Verified
★★★★★
Fantastic
Pink Nasal Strips



Alaa R. Verified
★★★★★
Loved it and definitely reordering again!
White Nasal Strips

Urban H. Verified
★★★★★
Very good for use during hockey matches/trainings.
Black Nasal Strips

Danick R. Verified
★★★★★
Its working for real ! I love it
Camo Nasal Strips

Show more reviews

## You may also like




**Skin-Prep Wipes**
$9.95
SHOP NOW




**Lavender Mouth Tape**
$26.95 ~~$35~~
SHOP NOW




**Nasal Sleeping Strips - White**
$29.95 ~~$40~~
SHOP NOW




**White Nasal Strips**
$29.95 ~~$40~~
SHOP NOW

## Frequently Asked Questions

Get quick solutions to your common concerns, from shipping to application method.

Do you ship overseas? +

Do you ship to my country? +

How long will it take to get my orders? +

What is Histrips nasal? +

How does it work? +

Histrips nasal are safe to use? +

Other questions? +

NEW RED LIGHT THERAPY

Shop all · Our Story · Store Locator · Track Order · Contact · histrips. · USD $

## @histripscom












## Stay in the loop

Sign up to unlock first-access offers and science-led breathing insights. From elite sleep tips to expert-backed breathing strategies,straight to your inbox.

Enter your Email | Submit

By Clicking, you agree with our privacy policy

histrips.

Our only support e-mail is:
support@histrips.com

HiStrips. // Stay Limitless LLC
228 Park Ave S PMB 43559
New York, New York 10003-1502 US

Open Monday to Friday from 9:00 a.m. to 6:00 p.m.

**Shop**

- Bestsellers
- Magnetic Nasal Strips
- Classic Nasal Strips
- Cotton Mouth Tape
- Essential Nasal Sticks
- Elite Performer Kit
- Limited Editions
- Accessories

**Important Links**

- Our Story
- Athlete Program
- Manage Subscriptions
- Stockist
- Blogs
- Search
- Terms of Service
- Store Locator

**Legal Pages**

- Terms of Service
- Shipping Policy
- Privacy Policy
- Order Cancellation Policy
- Return & Refund Policy
- Subscription Policy

© 2026, HiStrips

USD $

< 1,000,000+ Happy Customers >

Shop all ⌄ Our Story Store Locator Track Order Contact **histrips.** USD $









# Magnetic Tabs

$30.95

Choose your monthly plan or buy one-time.

Refill Plan | One-Time

MOST POPULAR

**Refill Kit (30 Tabs)** $20.95 ~~$30.95~~

30 HiStrips Nasal Tabs (30 nights)
Save 37% on all your refills
Priority processing
NO CONTRACT cancel easily

**Add To Cart**

30 Days Money Back Guarantee

**Description** +

**Will they stay on during intense workouts?** +

**Do I need anything else to use the Magnetic Tabs?** +

**Will they irritate my skin?** +

**Shipping & Returns** +

Website captured: 3/23/2026

‹ NEW RED LIGHT THERAPY ›

Shop all ⌄ Our Story Store Locator Track Order Contact **histrips.** USD $









# Magnetic Tabs

$30.95

Choose your monthly plan or buy one-time.

Refill Plan | One-Time

MOST POPULAR

**Refill Kit (30 Tabs)** **$20.95** ~~$30.95~~

30 HiStrips Nasal Tabs (30 nights)
Save 37% on all your refills
Priority processing
NO CONTRACT cancel easily

**Add To Cart**

30 Days Money Back Guarantee

**Description** +

**Will they stay on during intense workouts?** +

**Do I need anything else to use the Magnetic Tabs?** +

**Will they irritate my skin?** +

**Shipping & Returns** +

+ FREE Fast Shipping Over 50$

Shop all | Our Story | Store Locator | Track Order | Contact

histrips.

USD $









# Magnetic Tabs

$30.95

Choose your monthly plan or buy one-time.

Refill Plan | One-Time

MOST POPULAR

**Refill Kit (30 Tabs)** $20.95 ~~$30.95~~

- 30 HiStrips Nasal Tabs (30 nights)
- Save 37% on all your refills
- Priority processing
- NO CONTRACT cancel easily

**Add To Cart**

30 Days Money Back Guarantee

**Description** +

**Will they stay on during intense workouts?** +

**Do I need anything else to use the Magnetic Tabs?** +

**Will they irritate my skin?** +

**Shipping & Returns** +

NEW RED LIGHT THERAPY

Shop all | Our Story | Store Locator | Track Order | Contact | histrips. | USD $









# Magnetic Tabs

$30.95

Choose your monthly plan or buy one-time.

Refill Plan | One-Time

MOST POPULAR

**Refill Kit (30 Tabs)** $20.95 ~~$30.95~~

30 HiStrips Nasal Tabs (30 nights)
Save 37% on all your refills
Priority processing
NO CONTRACT cancel easily

**Add To Cart**

30 Days Money Back Guarantee

Description +

Will they stay on during intense workouts? +

Do I need anything else to use the Magnetic Tabs? +

Will they irritate my skin? +

Shipping & Returns +

‹ 1,000,000+ Happy Customers ›

Shop all ⌄ | Our Story | Store Locator | Track Order | Contact | histrips. | USD $









# Magnetic Tabs

$30.95

Choose your monthly plan or buy one-time.

Refill Plan | One-Time

MOST POPULAR

**Refill Kit (30 Tabs)** **$20.95** ~~$30.95~~

30 HiStrips Nasal Tabs (30 nights)
Save 37% on all your refills
Priority processing
NO CONTRACT cancel easily

**Add To Cart**

30 Days Money Back Guarantee

**Description** +

**Will they stay on during intense workouts?** +

**Do I need anything else to use the Magnetic Tabs?** +

**Will they irritate my skin?** +

**Shipping & Returns** +

‹ + FREE Fast Shipping Over 50$ ›

Shop all ⌄ Our Story Store Locator Track Order Contact **histrips.** USD $









# Magnetic Tabs

$30.95

Choose your monthly plan or buy one-time.

Refill Plan | One-Time

MOST POPULAR

**Refill Kit (30 Tabs)** **$20.95** ~~$30.95~~

30 HiStrips Nasal Tabs (30 nights)
Save 37% on all your refills
Priority processing
NO CONTRACT cancel easily

**Add To Cart**

30 Days Money Back Guarantee

**Description** +

**Will they stay on during intense workouts?** +

**Do I need anything else to use the Magnetic Tabs?** +

**Will they irritate my skin?** +

**Shipping & Returns** +

‹ + FREE Fast Shipping Over 50$ ›

Shop all ⌄ | Our Story | Store Locator | Track Order | Contact | histrips. | USD $









# Magnetic Tabs

$30.95

Choose your monthly plan or buy one-time.

Refill Plan | One-Time

MOST POPULAR

**Refill Kit (30 Tabs)** **$20.95** ~~$30.95~~

30 HiStrips Nasal Tabs (30 nights)
Save 37% on all your refills
Priority processing
NO CONTRACT cancel easily

**Add To Cart**

30 Days Money Back Guarantee

**Description** +

**Will they stay on during intense workouts?** +

**Do I need anything else to use the Magnetic Tabs?** +

**Will they irritate my skin?** +

**Shipping & Returns** +

Website captured: 3/23/2026

30-day money-back guarantee

Shop all Our Story Store Locator Track Order Contact **histrips.** USD $









# Magnetic Tabs

$30.95

Choose your monthly plan or buy one-time.

Refill Plan | One Time

MOST POPULAR

**Refill Kit (30 Tabs)** **$20.95**

30 HiStrips Nasal Tabs (30 nights)
Save 37% on all your refills
Priority processing
NO CONTRACT cancel easily

**Add To Cart**

30 Days Money Back Guarantee

**Description** +

**Will they stay on during intense workouts?** +

**Do I need anything else to use the Magnetic Tabs?** +

**Will they irritate my skin?** +

**Shipping & Returns** +

Doctor Recommended. Champion Approved.

Shop all · Our Story · Store Locator · Track Order · Contact · histrips. · USD $








# Magnetic Tabs

$30.95

Choose your monthly plan or buy one-time.

Refill Plan | One-Time

MOST POPULAR

**Refill Kit (30 Tabs)** **$20.95** ~~$30.95~~

30 HiStrips Nasal Tabs (30 nights)
Save 37% on all your refills
Priority processing
NO CONTRACT cancel easily

**Add To Cart**

30 Days Money Back Guarantee

**Description** +

**Will they stay on during intense workouts?** +

**Do I need anything else to use the Magnetic Tabs?** +

**Will they irritate my skin?** +

**Shipping & Returns** +