# Exhibit A

**From:** Sam Posthuma <hi@samposthuma.com>
**Sent:** Wednesday, May 27, 2026 8:51 AM
**To:** Chris Hoole
**Subject:** RE: Intake v Stay Limitless & Others [L02043GB]

Hi Chris,

Oh yes, it is very very clear, I have all the proof gathered, I am not owing you any of that tho, and I do not care about the 'information you have received' it is fake, a lie, a fraud even. I have the CCTV, I now my signature, my handwriting, I was in a Surf Camp in another country at that date. And as of now, appleyard lees is being held account, you should receive a letter shortly.

On top of that, I am not sure what you call 'evidence' but a few instagram stories in an appartment building does not mean I live somewhere. I am a so called 'digital nomad' and travel around and stay in friends places (the dubai address where you send something) sometimes. This is NOT my apartment at all, I do not have an apartment and currently am staying in Bali, indonesia.

Goodluck with explaining falsefying a signature in court and let's see what that does to Appleyard lees reputation.

Sam
On 27 May 2026 at 09:42 +0200, Chris Hoole <chris.hoole@appleyardlees.com>, wrote:

> Dear Sam,
>
> As you will appreciate, we must treat your allegation of falsifying a signature extremely seriously. In the event that it comes to light that a person has falsely represented to be you and illegally forged your signature, we will take appropriate measures. On the information we have received, the proof of receipt was signed for and given as Sam Posthuma. We will seek to take necessary measures against that individual if that signature was forged.
>
> While all evidence makes it clear you reside at One Za'abeel, The Residence, Al Majlis St, Dubai, if you contend you allegedly live somewhere else, we will need your current address and length of time at that address, including proof of residence.
>
> Regards

**Chris Hoole**
Partner
Pronouns: He/Him

**Appleyard Lees**
Intellectual property law

Argyle House, 29-31 Euston Road, London, NW1 2SD, United Kingdom
+44 (0) 20 4615 4611 | ip@appleyardlees.com | appleyardlees.com [appleyardlees.com]

We support flexible working, so this email may have been sent to you outside of our office hours. Please note that we do not expect a response outside of your own working hours.

For IP news and insights, visit Greenshoots [appleyardlees.com], our intellectual property insights library.

<image032007.png> [appleyardlees.com]

---

**From:** Sam Posthuma <hi@samposthuma.com>
**Sent:** 26 May 2026 16:08
**To:** Chris Hoole <chris.hoole@appleyardlees.com>
**Cc:** AL Leeds Team 3 <allds3@appleyardlees.com>
**Subject:** RE: Intake v Stay Limitless & Others [L02043GB]

Please give me the details of this company / agent or can we keep Appleyard accountable for falsing a signature in the UAE and UK court related system. CCTV is send to me now by the hotel.

Wishing you the best,

**Sam Posthuma**
Founder & Enthusiast
+31 6 247 808 57

On 26 May 2026 at 19:05 +0400, Sam Posthuma <hi@samposthuma.com>, wrote:

> This is NOT my signature at all and Javi lives in paraguay, never set a foot in Dubai. What a joke... this agent will see serious consequences for faking a signature.

Wishing you the best,

**Sam Posthuma**
Founder & Enthusiast
+31 6 247 808 57

On 26 May 2026 at 19:03 +0400, Chris Hoole <chris.hoole@appleyardlees.com>, wrote:

Dear Sam

Please find attached receipt of signature.

I am informed that the service agents asked whether the recipient was Sam Posthuma, to which we are told he replied “Yes”. If the recipient wrongly answered as you, please provide evidence that he was not who he claimed to be.

I can also inform you that the recipient stated to the service agent that Mr. Zavala also lived upstairs in the building.

Regards

**Chris Hoole**
Partner
Pronouns: He/Him

**Appleyard Lees**
Intellectual property law

Argyle House, 29-31 Euston Road, London, NW1 2SD, United Kingdom
+44 (0) 20 4615 4611 | ip@appleyardlees.com | appleyardlees.com [appleyardlees.com]

We support flexible working, so this email may have been sent to you outside of our office hours. Please note that we do not expect a response outside of your own working hours.

For IP news and insights, visit Greenshoots [appleyardlees.com], our intellectual property insights library.

---

**From:** Sam Posthuma <hi@samposthuma.com>
**Sent:** 26 May 2026 15:40
**To:** Chris Hoole <chris.hoole@appleyardlees.com>
**Cc:** AL Leeds Team 3 <allds3@appleyardlees.com>
**Subject:** RE: Intake v Stay Limitless & Others [L02043GB]

Chris,

I will come back to the rest later - but this signature and receipt by "Sam" as a complete lie, send me a photo of the signature! my friend has CCTV and did NOT sign at all! they faked a signature! show me proof. This will go straight to UAE court, show me the signature.

Wishing you the best,

**Sam Posthuma**
Founder & Enthusiast
+31 6 247 808 57

On 26 May 2026 at 18:37 +0400, Chris Hoole <chris.hoole@appleyardlees.com>, wrote:

Dear Sam

Thank you for your email.

I can confirm that any proposals to resolve the matter can be directed to me.

In relation to the letter served at One Za'abeel, The Residence, Al Majlis St, Dubai on 13 May 2026, the service agents have confirmed that the letter was received and signed by a person identifying as Sam Posthuma. The service agents have also confirmed that the recipient of the letter matched the person shown on publicly available social media accounts, including Instagram profile for Sam Posthuma. A copy of the letter is attached.

In the event that the matter is not resolved, we have instructions to formally affect service of the Claim. Please confirm whether you have or intend to instruct solicitors in the UK and whether those solicitors have instructions to accept service of the Claim.

If we do not receive confirmation that service may be affected through solicitors in the UK, we will proceed to make an application to serve the proceedings out of the jurisdiction in the normal way. Our client will seek to recover the costs of that application.

In the meantime, we reserve all our client's rights.

Regards

**Chris Hoole**

Partner
Pronouns: He/Him

**Appleyard Lees**
Intellectual property law

Argyle House, 29-31 Euston Road, London, NW1 2SD, United Kingdom
+44 (0) 20 4615 4611 | ip@appleyardlees.com | appleyardlees.com [appleyardlees.com]

We support flexible working, so this email may have been sent to you outside of our office hours. Please note that we do not expect a response outside of your own working hours.

For IP news and insights, visit Greenshoots [appleyardlees.com], our intellectual property insights library.

---

**From:** Sam Posthuma <hi@samposthuma.com>
**Sent:** 22 May 2026 08:40
**To:** Chris Hoole <chris.hoole@appleyardlees.com>
**Cc:** AL Leeds Team 3 <allds3@appleyardlees.com>
**Subject:** Re: Intake v Stay Limitless & Others [L02043GB]

Hi Chris,

Okay and are you the external legal advisor? Just wanted to let you know that a friend of mine, in which his apartment I used to live, received a package with your name, and I told him to not do anything with it / not open it. I am not sure if this is important / something I should be aware of.

Wishing you the best,

**Sam Posthuma**
Founder & Enthusiast
+31 6 247 808 57

On 22 May 2026 at 09:08 +0200, Chris Hoole <chris.hoole@appleyardlees.com>, wrote:

> Dear Sam
>
> Thank you for your email.

I'm currently instructed by my client that all communications should be directed through its external legal advisors. At this stage, it is not agreeable to a conference call.

My client's position remains as set out in previous correspondence.

Regards

**Chris Hoole**
Partner
Pronouns: He/Him

**Appleyard Lees**
Intellectual property law

Argyle House, 29-31 Euston Road, London, NW1 2SD, United Kingdom
+44 (0) 20 4615 4611 | ip@appleyardlees.com | appleyardlees.com [appleyardlees.com]

We support flexible working, so this email may have been sent to you outside of our office hours. Please note that we do not expect a response outside of your own working hours.

For IP news and insights, visit Greenshoots [appleyardlees.com], our intellectual property insights library.

**From:** Sam Posthuma <hi@samposthuma.com>
**Sent:** 13 May 2026 11:23
**To:** Chris Hoole <chris.hoole@appleyardlees.com>
**Subject:** Confusion

Hi Chris,

A friend of mine received a letter with my name on it at a hotel lobby in Dubai, with you as a sender. Could you maybe just send me here instead? Also is there any news about the

conference call? I haven't heard back from you if I am not mistaken.

Wishing you the best,

**Sam Posthuma**
Founder & Enthusiast
+31 6 247 808 57

---

Our terms of business govern our relationships with our clients and has recently been updated. See the latest version here https://www.appleyardlees.com/terms-of-business/ [appleyardlees.com].

CONFIDENTIAL: This email and attachments are sent for and on behalf of Appleyard Lees IP LLP, and may contain information that is confidential, legally privileged or otherwise protected from disclosure. If not the intended recipient, you are not entitled to copy, disclose, distribute, print, or rely on this email in any way. If you have received this email in error, please notify us immediately by telephone (+44 (0) 1422 330 110) or email (ip@appleyardlees.com) and then delete this email from your system. Appleyard Lees is the trading name of Appleyard Lees IP LLP. Appleyard Lees IP LLP is a limited liability partnership, registered in England and Wales, with the registration number OC402854 and its registered office at G Mill, Dean Clough Industrial Park, Halifax, England, HX3 5AH. A list of members is available for inspection at the registered office. Appleyard Lees IP LLP uses the word partner to refer to a member of the LLP or an employee or consultant with equivalent standing and qualifications. The members of Appleyard Lees IP LLP are UK registered patent attorneys or UK registered trade mark attorneys regulated by IPREG (see https://ipreg.org.uk [ipreg.org.uk]) and the Legal Ombudsman (see https://legalombudsman.org.uk [legalombudsman.org.uk]) to which complaints can be directed, and/or European patent attorneys regulated by EPI (see https://patentepi.org/en/ [patentepi.org]).

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit https://www.mimecast.com [mimecast.com]

---

Our terms of business govern our relationships with our clients and has recently been updated. See the latest version here https://www.appleyardlees.com/terms-of-business/ [appleyardlees.com].

CONFIDENTIAL: This email and attachments are sent for and on behalf of Appleyard Lees IP LLP, and may contain information that is confidential, legally privileged or otherwise protected from disclosure. If not the intended recipient, you are not entitled to copy, disclose, distribute, print, or rely on this email in any way. If you have received this email in error, please notify us immediately by telephone (+44 (0) 1422 330 110) or email (ip@appleyardlees.com) and then delete this email from your system. Appleyard Lees is the trading name of Appleyard Lees IP LLP. Appleyard Lees IP LLP is a limited liability partnership, registered in England and Wales, with the registration number OC402854 and its registered office at G Mill, Dean Clough Industrial Park, Halifax, England, HX3 5AH. A list of members is available for inspection at the registered office. Appleyard Lees IP LLP uses the word partner to refer to a member of the LLP or an employee or consultant with equivalent standing and qualifications. The members of Appleyard Lees IP LLP are UK registered patent attorneys or UK registered trade mark attorneys regulated by IPREG (see https://ipreg.org.uk [ipreg.org.uk]) and the Legal Ombudsman (see https://legalombudsman.org.uk [legalombudsman.org.uk]) to which complaints can be directed, and/or European patent attorneys regulated by EPI (see https://patentepi.org/en/ [patentepi.org]).

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit https://www.mimecast.com [mimecast.com]

---

---

Our terms of business govern our relationships with our clients and has recently been updated. See the latest version here https://www.appleyardlees.com/terms-of-business/ [appleyardlees.com].

CONFIDENTIAL: This email and attachments are sent for and on behalf of Appleyard Lees IP LLP, and may contain information that is confidential, legally privileged or otherwise protected from disclosure. If not the intended recipient, you are not entitled to copy, disclose, distribute, print, or rely on this email in any way. If you have received this email in error, please notify us immediately by telephone (+44 (0) 1422 330 110) or email (ip@appleyardlees.com) and then delete this email from your system. Appleyard Lees is the trading name of Appleyard Lees IP LLP. Appleyard Lees IP LLP is a limited liability partnership, registered in England and Wales, with the registration number OC402854 and its registered office at G Mill, Dean Clough Industrial Park, Halifax, England, HX3 5AH. A

list of members is available for inspection at the registered office. Appleyard Lees IP LLP uses the word partner to refer to a member of the LLP or an employee or consultant with equivalent standing and qualifications. The members of Appleyard Lees IP LLP are UK registered patent attorneys or UK registered trade mark attorneys regulated by IPREG (see https://ipreg.org.uk [ipreg.org.uk]) and the Legal Ombudsman (see https://legalombudsman.org.uk [legalombudsman.org.uk]) to which complaints can be directed, and/or European patent attorneys regulated by EPI (see https://patentepi.org/en/ [patentepi.org]).

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit https://www.mimecast.com [mimecast.com]

---

---

Our terms of business govern our relationships with our clients and has recently been updated. See the latest version here https://www.appleyardlees.com/terms-of-business/ [appleyardlees.com].

CONFIDENTIAL: This email and attachments are sent for and on behalf of Appleyard Lees IP LLP, and may contain information that is confidential, legally privileged or otherwise protected from disclosure. If not the intended recipient, you are not entitled to copy, disclose, distribute, print, or rely on this email in any way. If you have received this email in error, please notify us immediately by telephone (+44 (0) 1422 330 110) or email (ip@appleyardlees.com) and then delete this email from your system. Appleyard Lees is the trading name of Appleyard Lees IP LLP. Appleyard Lees IP LLP is a limited liability partnership, registered in England and Wales, with the registration number OC402854 and its registered office at G Mill, Dean Clough Industrial Park, Halifax, England, HX3 5AH. A list of members is available for inspection at the registered office. Appleyard Lees IP LLP uses the word partner to refer to a member of the LLP or an employee or consultant with equivalent standing and qualifications. The members of Appleyard Lees IP LLP are UK registered patent attorneys or UK registered trade mark attorneys regulated by IPREG (see https://ipreg.org.uk [ipreg.org.uk]) and the Legal Ombudsman (see https://legalombudsman.org.uk [legalombudsman.org.uk]) to which complaints can be directed, and/or European patent attorneys regulated by EPI (see https://patentepi.org/en/ [patentepi.org]).

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit https://www.mimecast.com [mimecast.com]

---