**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTAKE BREATHING TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STAY LIMITLESS LLC D/B/A/ HISTRIPS,<br><br>Defendant. | C.A. No. 26-152-JLH |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Intake Breathing Technology, LLC's Motion for Leave to File Supplemental Evidence in Support of its Motion for Default Judgment against Defendant Stay Limitless d/b/a HiStrips (the "Motion"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED.

IT IS SO ORDERED this _________ day of ____________, 2026.

______________________________
Jennifer L. Hall
United States District Judge