**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

INTAKE BREATHING TECHNOLOGY, LLC,

Plaintiff,

v.

STAY LIMITLESS LLC D/B/A/ HISTRIPS,

Defendant.

C.A. No. 26-152-JLH

**LOCAL RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. LR 7.1.1, counsel for Plaintiff certifies that there is no counsel of record for Defendant with whom to discuss the foregoing Motion.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: June 29, 2026

By: */s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com

*Attorneys for Plaintiff Intake Breathing Technology, LLC*

OF COUNSEL:

Dawn M. David
QUARLES & BRADY LLP
411 E Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
(414) 277-5000
dawn.david@quarles.com