YOUNG CONAWAY

**WILMINGTON**
RODNEY SQUARE

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

July 28, 2026

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Jennifer L. Hall
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Intake Breathing Technology, LLC v. Stay Limitless LLC d/b/a HiStrips*, C.A. No. 26-152-JLH

Dear Judge Hall:

Enclosed for the Court's consideration is an updated proposed order for Plaintiff's Motion for Default Judgment (D.I. 13) ("Motion"), reflecting the recent grant of Plaintiff's motion for leave to supplement the record related thereto. D.I. 18 (motion for leave), 19 (order). As of this writing, Defendant still has not moved to set aside the Entry of Default, responded to the Motion filed March 31, 2026, or otherwise entered an appearance. Accordingly, Plaintiff respectfully requests that the Court grant its Motion and enter an appropriate order substantially similar to Plaintiff's updated proposed order. *See* Exhibit A (clean) and B (redline over Proposed Order filed at D.I. 13).

Should Your Honor have any questions or concerns regarding the foregoing, counsel for Plaintiff are available at the Court's convenience.

Sincerely,

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

Enclosures (Exs. A-B, updated proposed order in clean and redline)

cc: Defendant Stay Limitless LLC d/b/a HiStrips (via U.S. Mail service on registered agent)