YOUNG CONAWAY

**WILMINGTON**
RODNEY SQUARE

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

September 8, 2026

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Jennifer L. Hall
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Intake Breathing Technology, LLC v. Stay Limitless LLC d/b/a HiStrips*, C.A. No. 26-152-JLH

Dear Judge Hall:

Plaintiff respectfully requests that the Court consider an additional update, set forth in new Paragraph 8 of attached Exhibit 1, to the proposed order for its Motion for Default Judgment (D.I. 13) ("Motion"). Upon further review of its papers, Plaintiff identified a need for new Paragraph 8 to conform its proposed order to the Complaint (D.I. 1), specifically Plaintiff's requested relief to enjoin infringing activities of Defendant's "affiliates, officers, agents, employees, assigns, representatives, and all persons acting for, with, by, through, under, or in active concert with Defendant" (D.I. 1 at p. 27, Prayer for Relief § C).

Accordingly, Plaintiff respectfully requests that the Court grant its Motion and enter an appropriate order substantially similar to the updated proposed order attached as Exhibit 1. A redline is also enclosed, as Exhibit 2, showing the combined differences between this proposed update and Plaintiff's July 27, 2026 proposed update (D.I. 20) against the proposed order filed with the Motion at D.I. 13.

Should Your Honor have any questions or concerns regarding the foregoing, counsel for Plaintiff are available at the Court's convenience.

Sincerely,

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

Enclosures (Exs. 1-2, updated proposed order in clean and redline
over proposed order filed at D.I. 13)

cc: Defendant Stay Limitless LLC d/b/a HiStrips (via U.S. Mail service on registered agent)